UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Andrew K Fox,<br>   *Plaintiff,*<br>vs.<br><br>City Of Austin, Joel G Baker,<br>   *Defendants*. | §<br>§<br>§<br>§<br>§<br>§ | NO:  AU:22-CV-00835-DAE |

## **ORDER OF REFERRAL**

This cause is referred to the Honorable Hightower, United States Magistrate Judge, to meet with all parties in this case to discuss scheduling deadlines and to enter a scheduling order to control this case.

IT IS SO ORDERED.

DATED: Austin, Texas, August 30, 2023.

                                                              DAVID A. EZRA
                                                              SENIOR U.S. DISTRICT JUDGE