IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DR. ANDREW K FOX, § | | |
| Plaintiff, § | | |
| V. § | | |
| § | | |
| CITY OF AUSTIN ET AL., § | A-22-CV-835-DAE | |
| Defendants. § | | |
| § | | |

## MEDIATION REPORT

TO THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE:

    This is to report that a mediation session was conducted by the undersigned on January 13, 2026. The parties negotiated responsibly and in good faith. As a result, the parties were able to reach a confidential and mutually agreeable settlement of this matter, with arrangements to be finalized in the next several weeks.

    SIGNED January 14, 2026,

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

1