IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DR. ANDREW K FOX, | § | NO. 1:22-CV-00835-DAE |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | |
| CITY OF AUSTIN, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

_____

ORDER FOR SETTLEMENT PAPERS

On January 14, 2026, U.S. Magistrate Judge Mark Lane notified the Court that, following mediation conducted by Judge Lane, settlement was reached with arrangements to be finalized in the next several weeks. (Dkt. # 81.) Accordingly, the Court **ORDERS** that:

(1)   The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **March 25, 2026**. <u>If the parties are unable to submit those documents by that date, the parties should move for an extension of time to file the documents.</u>

(2)   All pretrial deadlines in this case are hereby **STAYED** pending the submission of the parties' stipulation of dismissal or agreed judgment, and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

(3)   Any motions pending in this action are **DENIED WITHOUT PREJUDICE**, subject to re-urging should settlement fail.

(4)   Any court settings in the case are **CANCELLED**.

No extensions of the above deadlines shall be granted except upon a showing of good cause.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, February 23, 2026.

_____
David Alan Ezra
Senior United States District Judge