# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **DR. ANDREW K. FOX,** <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF AUSTIN and JOEL G. BAKER, in his individual capacity,** <br><br> Defendants. | Case No. 1:22-cv-00835-DAE <br><br> Hon. David A. Ezra <br><br> **Order Granting Joint Motion and Stipulation to Dismiss Case with Prejudice** |

Before the Court is the Parties' Joint Motion and Stipulation to Dismiss the Case with Prejudice. Having fully considered the motion and finding that the motion is supported by good cause, the motion is **GRANTED** as follows:

1. The First Amended Complaint and all claims made by Plaintiff in this case are hereby dismissed with prejudice;

2. Each Party shall bear its own costs and fees except as set forth in the Agreement; and

3. This Court shall retain jurisdiction over all disputes between and among the Parties arising out of the Agreement.

The Clerk of Court is **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATED:** March 10, 2026, Austin, Texas.

_____
David Alan Ezra
Senior United States District Judge